FILED06 JUN'11 10:29USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DANIEL P. NEWELL**, an individual,

    Plaintiff,

v.

**TONKIN WILSONVILLE NISSAN, INC.**, dba Wilsonville Nissan, an Oregon Corporation,

    Defendant.

No. CV 10-905-MO

STIPULATED ORDER OF DISMISSAL

**MOSMAN, J.,**

    Based on the parties' Stipulated Motion to Dismiss [11],

    IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED with prejudice and without costs to any party. Pending motions, if any, are DENIED AS MOOT.

    DATED this ___ day of June, 2011.

                                               MICHAEL W. MOSMAN
                                               United States District Judge

PAGE 1 – STIPULATED ORDER OF DISMISSAL